UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRY G. DENTON,                      No. C 13-1374 SI (pr)

    Plaintiff,                        **JUDGMENT**

    v.

C/O BALA; et al.,

    Defendants.
                               /

        This action is dismissed for failure to state a claim and without prejudice to plaintiff filing an action in state court.

        IT IS SO ORDERED AND ADJUDGED.

Dated: June 13, 2013                         _____
                                                       SUSAN ILLSTON
                                                      United States District Judge