UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY G. DENTON,<br><br>        Plaintiff,<br><br>    v.<br><br>C/O BALA; et al.,<br><br>        Defendants.<br>                                                    / | No. C 13-1374 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim and without prejudice to plaintiff filing an action in state court.

IT IS SO ORDERED AND ADJUDGED.

Dated: June13, 2013

_____
SUSAN ILLSTON
United States District Judge